

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Jonathan S. Hershberg
Associate
212-216-8009
jhershberg@tarterkrinsky.com

January 23, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*ADJOURNED TO TUESDAY,
FEBRUARY 11, 2020,
AT 3:00PM
SO ORDERED,*
1/24/20    /s/ John G. Koeltl
                USDJ

Re:   *Dr. J. David Golub v. Berdon, LLP*
      Case No. 19-civ-10309 (JGK)

Dear Judge Koeltl:

This firm represents Berdon LLP, the defendant in the above-referenced action. We write to request an adjournment of the pretrial conference currently scheduled to take place before Your Honor on February 10, 2020 at 2:30 p.m. In the alternative, we respectfully suggest the alternative dates of February 7, 11, 13, 14 or 18

We make this request because counsel for Defendant have been ordered to appear at a settlement conference on an unrelated matter venued in Nassau County on the same day and time. We note as well, however, that, as of the date of this letter, Mr. Golub has yet to serve the Complaint upon the Defendant.

Separately, the Court referred the Parties to mediation in its Order dated January 8, 2020. Plaintiff was provided 14 days – until Wednesday, January 22 – to state any objection he might have to the Court's referral. That time has now expired without Plaintiff having voiced any such objection. Ordinarily, the undersigned would reach out to opposing counsel to discuss the manner in which the Parties might move forward. Given Plaintiff's *pro bono* status, however, we are unsure how to proceed. We therefore seek the Court's direction.

We thank the Court for its consideration.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*

By: _____
    Jonathan S. Hershberg

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-24-2020

**Copy mailed to pro se party(ies) at docket address**

{Client/000780/6/02007050.DOCX;1}