```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
DAVID GOLUB,

                    Plaintiff,              19cv10309 (JGK)

        - against -                          ORDER

BERDON LLP,

                    Defendant.
─────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

    The case is referred to the Magistrate Judge for general pre-trial. The May 28, 2020 conference is canceled.

**SO ORDERED.**

**Dated:**    New York, New York
            May 20, 2020              /s/ John G. Koeltl
                                                               John G. Koeltl
                                              United States District Judge