UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID GOULB,                                          :

                                                               :          <u>ORDER</u>
                  Plaintiff,
                                                                :          19 Civ. 10309 (JGK) (GWG)
   -v.-

                                                                :
BERDON LLP,
                                                                :

                 Defendant.                        :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephonic conference in this matter shall take place on May 28, 2020, at 2:30 p.m.  At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, parties must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge