UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID GOULB,                                          :

                                                                   :      ORDER
              Plaintiff,

                                                                   :      19 Civ. 10309 (JGK) (GWG)
   -v.-

                                                                   :
BERDON LLP,
                                                                   :

             Defendant.                               :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Notwithstanding the stay of this matter, the plaintiff has leave to file an amended complaint on or before June 25, 2020.  The complaint must contain "a short and plain statement of the claim," Fed. R. Civ. P. 8(a)(2), and shall have numbered paragraphs as required by Fed. R. Civ. P. 10(b).  Defendant's response shall be due 21 days after the filing of the amended complaint.  If defendant intends to file a motion to dismiss in lieu of an answer, the defendant may comply with this deadline by filing a letter to Judge Koeltl seeking permission to file a motion to dismiss.

     SO ORDERED.

Dated: May 28, 2020
       New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge