```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**J. DAVID GOLUB**

                   **19-cv-10309 (JGK)**

        **Plaintiff,**

                   <u>**ORDER**</u>

    - against -

**BERDON, LLP**

        **Defendant.**

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiff to respond to the defendant's motion to dismiss is extended to **August 24.** The defendant's time to reply is extended to **August 31.**

    In addition to requesting an extension of time to respond, the plaintiff filed a paper asking for leave to file various motions.

    The plaintiff is instructed that he may file motions which are authorized under the Federal Rules of Civil Procedure. Some of the contemplated motions are not authorized under the Federal Rules of Civil Procedure or are not authorized in the way in which he seeks to make them. For example, a Rule 11 motion must be made in a separate motion after an appropriate warning and time to cure. <u>See</u> Fed. R. Civ. Pro. 11(c)(2).

Both parties are warned that personal invective has no place in a federal litigation.

**SO ORDERED.**

**Dated:    New York, New York**
**         August 6, 2020**                    _____/s/ John G. Koeltl_____
                                                  John G. Koeltl
                                           **United States District Judge**