UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5·11·21

DR. J. DAVID GOLUB,

                Plaintiffs,

- against -

BERDON LLP,

                Defendant.

19-cv-10309 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff's time to respond is extended to June 4, 2021. The time to reply is June 18, 2021.

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
            May 10, 2021

                                        John G. Koeltl
                                  United States District Judge