UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. J. DAVID GOLUB,

                Plaintiff,         19-cv-10309 (JGK)

      - against -              <u>ORDER</u>

BERDON LLP,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

It is plain that there are issues of fact as to whether the plaintiff was a citizen of South Carolina, or a citizen of any other state that would destroy diversity of citizenship jurisdiction, at the time that the plaintiff filed the complaint. Accordingly, the Court will hold an evidentiary hearing regarding the plaintiff's citizenship at the time that the plaintiff filed the complaint on September 7, 2022, at 2:30 p.m. in Courtroom 14A, 500 Pearl Street, New York, NY 10007.

The defendant is entitled to take limited discovery before the evidentiary hearing on the issue of the plaintiff's citizenship at the time that the plaintiff filed the complaint. Specifically, the defendants may serve requests for document production pursuant to Fed. R. Civ. P. 34 on the plaintiff and may take a deposition of the plaintiff. The plaintiff must serve responses and objections to any requests for document production

no later than 21 days after the defendant serves the requests on the plaintiff.

The Clerk is directed to mail of copy of this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:   New York, New York
         June 16, 2022

_____
John G. Koeltl
United States District Judge