UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. J. DAVID GOLUB,

              Plaintiff,          19-cv-10309 (JGK)

    - against -                ORDER

BERDON LLP,

              Defendant.

---

JOHN G. KOELTL, District Judge:

In its letter dated August 9, 2022, the defendant argues that the plaintiff has failed to produce the discovery required by this Court's prior order and that this case should therefore be dismissed for failure to prosecute. The plaintiff should respond to the defendant's letter by **August 16, 2022**. The defendant may reply by **August 19, 2022**. If the plaintiff fails to respond, that would be an additional reason that this case should be dismissed for failure to prosecute.

The Clerk should send a copy of this Order to the pro se plaintiff by email as reflected in the docket sheet and note service on the docket.

SO ORDERED.
Dated:    New York, New York
         August 10, 2022

                                                John G. Koeltl
                                     United States District Judge