UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JD DAVID GOLUB                                         :

                                                         :            <u>ORDER</u>
                 Plaintiff,

                                                         :            19 Civ. 10309 (JGK) (GWG)
   -v.-
                                                         :

BERDON LLP                                             :

                                                         :
                 Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Judge Koeltl's Order of August 23, 2022, refers to the undersigned the dispute about plaintiff's response to the defendant's First Document Demands.  The parties are directed to confer by telephone in accordance with paragraph 2.A of the Court's Individual Practices. Defendant shall file a letter on or before August 30, 2022, regarding the dispute.  If the dispute has been resolved, the defendant shall so state. If a dispute remains, the defendant's letter shall raise the dispute in accordance with paragraph 2.A of the Court's Individual Practices. Plaintiff shall file a response to any such letter within two business days after the filing of the letter.

      SO ORDERED.

Dated:  August 23, 2022
          New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge