UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GOLUB,

              Plaintiff,

       19-cv-10309 (JGK)

- against -

       ORDER

BERDON LLP,

              Defendant.

JOHN G. KOELTL, District Judge:

The evidentiary hearing to determine the plaintiff's domicile at the time this action was brought will be held in person on **October 4, 2022** at **10:00 a.m.** in Courthouse 14A, United States Courthouse, 500 Pearl Street, New York, N.Y. 10022.

Because the plaintiff bears the burden of proof that complete diversity of citizenship existed at the time this action was brought, the plaintiff will go first at the evidentiary hearing. See Herrick Co., Inc. v. SCS Communications, Inc., 251 F.3d 315, 322-23 (2d Cir. 2001).

The Clerk should also send a copy of this Order to the pro se plaintiff by email as reflected in the docket sheet and note service on the docket.

SO ORDERED.
Dated:    New York, New York
          September 15, 2022

                                          John G. Koeltl
                                 United States District Judge