UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
J. DAVID GOLUB,

                  Plaintiff,

          - against -

BERDON LLP,

                  Defendant.
---

19-cv-10309 (JGK)

AMENDED ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has moved to adjourn the evidentiary hearing scheduled for October 4, 2022 and to conduct the hearing virtually. The defendant consents to the application. While testimony in person is preferred, particularly in view of the importance of credibility determinations, the Court will defer to the parties' agreement, and the application is granted.

    The Court will conduct the hearing by Microsoft Teams on **October 12, 2022** at **10:30 a.m.** The parties should arrange with the Court's Deputy Don Fletcher to assure that the proper arrangements are made for the Microsoft Teams hearing. Mr. Fletcher's contact number is 212-805-0107.

    Because the hearing is by Microsoft Teams, special preparations must be made. The parties should notify each other and the Court no later than **September 30, 2022**, whether any witnesses other than the plaintiff will be called. No later than **October 3, 2022**, the parties should submit to each other and the

Court copies of any exhibits they seek to have considered at the evidentiary hearing, appropriately marked — the plaintiff's exhibits marked numerically from 1 to the end, and the defendant's exhibits marked alphabetically from A to the end. Any responsive exhibits must be submitted by October 7, 2022. No exhibits not submitted in advance will be considered at the evidentiary hearing.

SO ORDERED.
Dated:    New York, New York
          September 28, 2022

                                    John G. Koeltl
                            United States District Judge