UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DAVID GOLUB,

                Plaintiff,

                                19-cv-10309 (JGK)

   - against -

                                ORDER

BERDON LLP,

                Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff's application for an adjournment of the remote evidentiary hearing scheduled for October 12, 2022 is **denied**. There is an insufficient basis for such an adjournment. The hearing will proceed as scheduled.

SO ORDERED.

Dated:    New York, New York
          October 3, 2022

                                             John G. Koeltl
                                  United States District Judge