```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

J. DAVID GOLUB,

                Plaintiff,        19-cv-10309 (JGK)

   - against -

                                       ORDER

BERDON LLP,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has informed the Court that he does not have access to view the transcript, ECF No. 123, of the hearing held on October 12, 2022. The plaintiff should be granted access to view the transcript.

    The parties may make any requests for redaction of the transcript by **January 27, 2023**.

SO ORDERED.

Dated:    New York, New York
            January 6, 2023

                                              John G. Koeltl
                                  United States District Judge