UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J. DAVID GOLUB,

                Plaintiff,

    - against -

BERDON LLP,

                Defendant.

---

19-cv-10309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court granted the plaintiff access to the evidentiary hearing transcript by Order dated January 6, 2023. ECF No. 126. The plaintiff has not yet been able to access the transcript via ECF.

The plaintiff should call the ECF Help Desk at (212) 805-0800. If the ECF Help Desk is unavailing, the plaintiff may also contact the courtroom deputy, Donald Fletcher, at (212) 805-0107.

The time for the parties to file any requests for redactions of the transcript is extended to **February 3, 2023**.

SO ORDERED.

Dated:    New York, New York
            January 20, 2023

                                          _____
                                              John G. Koeltl
                                     United States District Judge