UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. J. DAVID GOLUB,

                        Plaintiff,

      -against-                                              19 **CIVIL** 10309 (JGK)

                                                                     **JUDGMENT**

BERDON LLP,

                        Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 14, 2023, the Court has considered all the arguments of the parties. To the extent not specifically addressed, the arguments are either moot or without merit. At the time this action was filed, the plaintiff was domiciled in New Jersey. For this reason, diversity of citizenship jurisdiction did not exist at the time this action was filed. The Court has declined to exercise supplemental jurisdiction over the remaining state law claims in this case. Therefore, the state law claims are dismissed without prejudice for lack of subject-matter jurisdiction. All claims having been dismissed, judgment is entered dismissing this case. The federal claims are dismissed with prejudice. The state law claims are dismissed without prejudice for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      February 14, 2023

                                                                 **RUBY J. KRAJICK**

                                                                   _____
                                                                          **Clerk of Court**

                                                **BY:**    *K. Mango*

                                                                          _____
                                                                          **Deputy Clerk**