UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. DAVID GOLUB,

                Plaintiff,

      - against -

BERDON LLP,

                Defendant.

19-cv-10309 (JGK)

AMENDED ORDER

JOHN G. KOELTL, District Judge:

    By Order dated February 6, 2023, this Court directed a refund of the plaintiff's ECF fees. Because the plaintiff incurred those fees with respect to PACER, and not with respect to ECF, the plaintiff's PACER fees should instead be refunded in the amount of $9.90. The plaintiff should contact the Courtroom Deputy, Donald Fletcher, for information on how to receive a refund for his PACER fees.

SO ORDERED.

Dated:    New York, New York
            February 15, 2023

                                          John G. Koeltl
                                 United States District Judge